**Carl E. KRIMMEL v. UNITED STATES of America.**

**No. 5820.**

Circuit Court of Appeals, Sixth Circuit.

June 13, 1931.

I. H. Polozker and Leonard S. Coyne, both of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Dismissed by court order pursuant to motion of counsel for appellee.